JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
FAX: (415) 436-6748
melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD MAHTESIAN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL B. MUKASEY, Attorney General for the United States of America, <br><br> Defendant. | No. C 07- 4172 WHA <br><br> **[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION** |

**ORDER**

It is hereby ordered that Defendant's representatives Steve Fallowfield and Gail Robinson shall be allowed to appear at ADR the mediation session in the above referenced matter via telephone pursuant to ADR LR 6-9(d).

Dated: 2/19/08

_____
WAYNE D. BRAZIL
United States Magistrate Judge