| | |
|---|---|
| 1 | BARBARA M. RIZZO (CSBN 172999) |
| | Attorney At Law |
| 2 | P.O. Box 15 |
| | Moss Beach, CA 94038 |
| 3 | Telephone: (650) 728-0170 |
| | Facsimile: (650) 745-1220 |
| 4 | |
| | Attorney for Plaintiff Ronald Mahtesian |
| 5 | |
| | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 6 | United States Attorney |
| | JOANN M. SWANSON (CSBN 88143) |
| 7 | Chief, Civil Division |
| | MELISSA K. BROWN (CSBN 203307) |
| 8 | Assistant United States Attorney |
| 9 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102-3495 |
| 10 | Telephone: (415) 436-6962 |
| | FAX: (415) 436-6748 |
| 11 | melissa.k.brown@usdoj.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RONALD MAHTESIAN, | ) | No. C 07- 4172 WHA |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, Attorney General for the United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

In consideration of and return for the payment by the Defendant Michael B. Mukasey, Attorney General for the United States of America, in the amount of Twenty-Five thousand dollars to Plaintiff Ronald Mahtesian, and the other relief granted to Plaintiff Ronald Mahtesian pursuant to the Stipulation And Agreement for Compromise Settlement And [Proposed] Order entered in the above-referenced action.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
C-07-4172 WHA                                                                 1

1  This action is hereby dismissed with prejudice and without costs or interest by the
2  Plaintiff Ronald Mahtesian ("Plaintiff") against the Defendant Michael B. Mukasey, Attorney
3  General for the United States of America ("Federal Defendant") or any of his agents, servants, or
4  employees on account of the events alleged in the Complaint filed herein, and
5  The Plaintiff hereby agrees that he or his successors or assigns will indemnify and save
6  harmless the Federal Defendant his agents, servants, or employees from any such claims or
7  demands or any actions, or proceedings thereon.
8  Upon approval by the Court as provided below, the Clerk is requested to enter this
9  Dismissal and Release in the official docket.

DATED: March 24, 2008

BARBARA RIZZO, Esq.

*/s/ Barbara M. Rizzo*
BARBARA RIZZO
Attorney for Plaintiff Ronald Mahtesian

DATED: ~~March~~ June 13, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Melissa Brown*
MELISSA K. BROWN
Assistant United States Attorney
Attorney for the Federal Defendant

## ORDER

The Court hereby dismisses this action with prejudice. The parties will bear their own costs. All pending dates are hereby vacated.

**IT IS SO ORDERED.**

Dated: June 16, 2008.

*/s/ William Alsup*
WILLIAM ALSUP
United States District Court Judge

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER
C-07-4172 WHA

2